

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: THE STATE OF TEXAS, | § | No. 08-15-00335-CR |
|  | § | ORIGINAL PROCEEDING |
| Relator. | § | ON PETITION FOR |
|  | § | WRIT OF MANDAMUS |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by the State of Texas to dismiss this mandamus proceeding which it brought against the Honorable Gonzalo Garcia, Judge of the 210th District Court. The State originally sought mandamus relief because Respondent failed to rule on its motion to increase bond, but Respondent has since ruled on that motion. We grant the State's motion and dismiss this original proceeding as moot.

STEVEN L. HUGHES, Justice

December 11, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)